FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 18 2010

BY DAVID J. MALAND, CLERK
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 1:09-CR-175 |
| | § | (Judge Crone) |
| EDWARD JAMES EMERSON, JR. | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### Count One

Violation of 18 U.S.C. § 4
Misprision of a felony

That between on or about July 20, 2009 and on or about June 27, 2009 in the Eastern District of Texas and elsewhere, **Edward James Emerson, Jr.**, defendant, while having knowledge of the actual commission of a felony recognizable by a court of the United States, namely, the possession with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely, cocaine HCL, and the defendant did knowingly conceal and did not as soon as possible make known the same to some judge or other person in civil authority under the United States

In violation of 18 U.S.C. § 4.

JOHN M. BALES
UNITED STATES ATTORNEY

_____
John A. Craft
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | NO. 1:09-CR-175 |
| EDWARD JAMES EMERSON, JR. | § | |

## NOTICE OF PENALTY

### Count One

Violation:  18 U.S.C. § 4

Penalty:  Imprisonment for not more than three (3) years, a fine not to exceed $250,000.00, or both. A term of supervised release of not more than one (1) year.

Special Assessment:  $100.00.